1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| In re: INDYMAC BANCORP, INC., | Civil Case No. 2:12-cv-02967-RGK |
| Debtor. | Bankruptcy Case No. 2:08-bk-21752-BB |
| ALFRED H. SIEGEL, solely in his capacity as Chapter 7 Trustee of the estate of IndyMac Bancorp, Inc., | Adversary Proc. No. 2:09-ap-01698-BB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver of IndyMac Bank, F.S.B. and as Conservator of IndyMac Federal Bank, F.S.B., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 157(c)(1) and Federal Rule of Bankruptcy Procedure 9033(d), the Court has reviewed the March 29, 2012 *Report and Recommendation of the Honorable Sheri Bluebond, United States Bankruptcy Judge, to the United States District Court for the Central District of California Containing Proposed Findings of Fact, Conclusions of Law, and Final Judgment Regarding Competing Motions for Summary Judgment with Respect to the Ownership of Certain Tax Refunds* [ECF No. 2] (the

1

"Report and Recommendation") as well as the records and files herein.  Having made a *de novo* review upon the record of those portions of the Report and Recommendation to which objections were made, the Court has accepted the findings, conclusions, and recommendations of the Bankruptcy Court and has granted the relief recommended in the Report and Recommendation, all as set forth more fully in the Court's May 30, 2012 *Order Accepting Bankruptcy Court's Report & Recommendation* [ECF No. 30].

It is therefore ORDERED, ADJUDGED, and DECREED that:

1. Alfred H. Siegel, in his capacity as Chapter 7 Trustee of the bankruptcy estate of IndyMac Bancorp, Inc. (the "Trustee"), is entitled to immediate payment, possession, and ownership of all refunds to be received on or after July 30, 2008, in connection with consolidated or combined federal and state tax returns filed or submitted for the years 2000 through 2008 and any interest associated therewith, including all funds now on deposit in the parties' Joint Account (as defined in the Report and Recommendation); *provided, however*, that all such refunds including all funds now or hereafter on deposit in the Joint Account shall remain on deposit and shall not be disbursed until the conditions in the stipulations and orders described in paragraph 34 of the Report and Recommendation have been satisfied [Bankruptcy Case No. 2:08-bk-21752-BB, Docket Nos. 363, 364, 444 & 447].

2. Any legal rights of the Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. or as Receiver for IndyMac Federal Bank, F.S.B. (the "FDIC-Receiver"), IndyMac Bank, F.S.B., or any subsidiary or affiliate of either IndyMac Bank, F.S.B. or IndyMac Federal Bank, F.S.B. with respect to these tax refunds are properly asserted, if at all, solely in the form of a general unsecured claim against the IndyMac Bancorp, Inc. bankruptcy estate, subject to the bar date in effect in the bankruptcy case, as well as the objections, defenses, and causes of actions set forth in the Trustee's complaint.

3. The claims that are the subject of the Report and Recommendation are severed from the balance of the litigation.  For all the reasons set forth in paragraphs 171-

178 of the Report and Recommendation, there is no just reason for delay, and the Court therefore directs that this judgment in favor of the Trustee and against the FDIC-Receiver be entered as a final judgment on those severed claims under Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED.**

Dated: June 19, 2012

                                    HON. R. GARY KLAUSNER
                                  UNITED STATES DISTRICT JUDGE

**Approved as to Form Per L.R. 52-8**

/s/*Whitman L. Holt*
KLEE, TUCHIN, BOGDANOFF & STERN LLP

*Attorneys for Plaintiff Alfred H. Siegel, Solely as Chapter 7 Trustee of IndyMac Bancorp, Inc.*

/s/*Allan H. Ickowitz*
NOSSAMAN LLP

*Counsel for Federal Deposit Insurance Corporation, in its capacity as Receiver of IndyMac Bank, F.S.B. and as Receiver of IndyMac Federal Bank, F.S.B.*